NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RICHARD GRAMM,**
*Appellant*

**v.**

**DEERE & COMPANY,**
*Appellee*

———————————

2017-1252, 2017-1253

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00898, IPR2015-00899.

———————————

**JUDGMENT**

———————————

JOHN COTTER, Larkin Hoffman Daly & Lindgren, Ltd., Minneapolis, MN, argued for appellant. Also represented by GLENNA GILBERT, KATHERINE E. MULLER, THOMAS J. OPPOLD, DAVID P. SWENSON.

GARY M. ROPSKI, Brinks Gilson & Lione, Chicago, IL, argued for appellee. Also represented by JAFON FEARSON, JOSHUA JAMES, LAURA A. LYDIGSEN, JEFFRY M. NICHOLS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (LOURIE, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  February 13, 2018       /s/ Peter R. Marksteiner

        Date                 Peter R. Marksteiner
                                   Clerk of Court